UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSCOE BENTON, III,

    Plaintiff,

v.    Case No. 21-11594

CHERRY HEALTH COMMUNITY
TREATMENT CENTER, et al.,

    Defendants,
_____/

## JUDGMENT

In accordance with the "Opinion and Order (1) Granting the Application to Proceed *In Forma Pauperis*, (2) Summarily Dismissing the Civil Rights Complaint, and (3) Denying the Motion for Emergency Relief" entered on September 7, 2021,

**IT IS ORDERED AND ADJUDGED** that judgment is entered for the Defendants Cherry Hill Community Treatment Center, et. al., and against Plaintiff Roscoe Benton, III.

Dated at Port Huron, Michigan, September 7, 2021.

                                    KINIKIA ESSIX
                                    CLERK OF THE COURT

                                    By: <u>s/Lisa Wagner</u>
                                        Lisa Wagner, Case Manager
                                        to Judge Robert H. Cleland

S:\Cleland\Cleland\AAB\Opinions and Orders\Staff Attorney\21-11594.Benton.judgment.docx